# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| VIRGINIA BLACKMORE, o/b/o JS, | ) | |
| | ) | |
| **Plaintiff** | ) | |
| v. | ) | Civil No. 09-385-P-S |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 16) filed June 29, 2010, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the decision of the Commissioner is **AFFIRMED**.

 /s/ George Z. Singal  
United States District Judge

Dated this 19th day of July, 2010.